IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  05-cv-01524-LTB-OES

VETRO, INC., a Texas corporation,
    Plaintiff,

v.

ACTIVE PLUMBING AND HEATING, INC., a Colorado corporation,
    Defendant.
_____

**ORDER**
_____

Upon Defendant's Motion for Leave to File Sur Reply in Opposition to Motion for Remand (Doc 15 - filed November 4, 2005), it is

ORDERED that the Motion is DENIED.

                          BY THE COURT:

                             s/Lewis T. Babcock
                          Lewis T. Babcock, Chief Judge

DATED: November 10, 2005